UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

| | |
|---|---|
| MATTHEW SCHERER,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC., *d/b/a* INDEPENDENCE UNIVERSITY,<br><br>Defendant. | Case No. 3:18-cv-00734-MEM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MATTHEW SCHERER, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC. *d/b/a* INDEPENDENCE UNIVERSITY.

DATED: June 01, 2018          RESPECTFULLY SUBMITTED,

By: /s/ Michael A. Siddons
　　Michael A. Siddons
　　Attorney #89018
　　The Law Firm of Michael Alan Siddons, Esquire
　　230 N. Monroe Street
　　PO Box 403
　　Media, PA 19063
　　Tel: 484-614-6546
　　msiddons@siddonslaw.com
　　Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On June 01, 2018 I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

By: /s/ Michael Siddons_____
Michael Siddons